UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **STACEY AULTMAN, ET AL.** | **CIVIL ACTION NO. 16-1133** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ST. FRANCIS MEDICAL CENTER, ET AL.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss [Doc. No. 10] filed by Defendants Dr. Vijay Maggio, Amanda Schaefer, and Biotronic National, LLC, is DENIED.

Monroe, Louisiana, this 10th day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE