UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **STACEY AULTMAN, ET AL.** | **CIVIL ACTION NO. 16-1133** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ST. FRANCIS MEDICAL CENTER, ET AL.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Motion to Remand [Doc. No. 11] filed by Plaintiffs Stacey and Heather Aultman is DENIED.

IT IS FURTHER ORDERED that the claims against Defendant St. Francis Medical Center are DISMISSED WITHOUT PREJUDICE. Plaintiffs' claims against all other defendants remain pending.

Monroe, Louisiana, this 10th day of March, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE