UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **STACEY AULTMAN, ET AL.** | **CIVIL ACTION NO. 16-1133** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **VIJAY MAGGIO, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Consent Motion to Dismiss [Doc. No. 69], filed by Defendants Vijay Maggio, M.D., Amanda Schaefer, and Biotronic National, LLC, is GRANTED, and any and all claims and causes of action asserted against Defendants by Intervenor Plaintiffs ACE American Insurance Co. and O'Reilly Automotive Stores, Inc. are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 8th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE