# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STACEY AULTMAN, ET AL.** | **CIVIL ACTION NO. 16-1133** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **VIJAY MAGGIO, ET AL.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 75], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 72] filed by Plaintiffs Stacey Aultman and Heather Aultman is GRANTED, and any and all remaining claims and causes of action asserted by Plaintiffs are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss Intervention [Doc. No. 73] filed by Intervenor Plaintiffs O'Reilly Automotive Stores, Inc. and Ace American Insurance Company is GRANTED, and any and all claims and causes of action asserted by Intervenor Plaintiffs are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 26th day of February, 2018.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**